Case No. 17-1408

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

SHARYL MARDEN,

    Plaintiff-Appellant,

v.

COUNTY OF MIDLAND; JEFFERY DEROCHER; BRIAN KEIDEL; RICHARD SPEICH; JOSHUA MICHAEL SAYLOR; RICHARD HARNOIS; BRYAN KRYZANOWICZ,

    Defendants-Appellees.

```
FILED
Sep 21, 2017
DEBORAH S. HUNT, Clerk
```

### ORDER FOR JOINT MOTION TO REMAND

In accordance with the confidential settlement agreement reached between the parties following mediation negotiations under Rule 33 of the Sixth Circuit Rules, the parties have jointly moved, pursuant to Rule 12.1, of the Federal Rules of Appellate Procedure, for a limited remand of this case to the United States District Court for the Eastern District of Michigan for the purpose of approving the settlement of a claim for wrongful death pursuant to MCLA 600.2922 and permitting distribution of proceeds.

Upon consideration of the motion, and further considering the District Court's Order of September 19, 2017,

**IT IS ORDERED** that the motion shall be, and it hereby is GRANTED. The appeal is remanded to the District Court for further proceedings. The parties shall notify this Court within 28 days following the District Court's decision and the effect of such decision on disposition of the appeal.

ENTERED PURSUANT TO RULE 33
OF THE SIXTH CIRCUIT RULES

Deborah S. Hunt, Clerk

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 21, 2017

Mr. Andrew James Brege
Johnson, Rosati, Schultz & Joppich
822 Centennial Way
Suite 270
Lansing, MI 48917

Mr. Mark Granzotto
Law Office
2684 Eleven Mile Road
Suite 100
Berkley, MI 48072

Mr. Jules B. Olsman
Olsman MacKenzie & Wallace
2684 W. Eleven Mile Road
Berkley, MI 48072

Ms. Marcelyn A. Stepanski
Johnson, Rosati, Schultz & Joppich
27555 Executive Drive
Suite 250
Farmington Hills, MI 48331-3550

Mr. Randy Joseph Wallace
Olsman MacKenzie & Wallace
2684 W. Eleven Mile Road
Berkley, MI 48072

> Re: Case No. 17-1408, *Sharyl Marden v. County of Midland, et al*
> Originating Case No. : 1:15-cv-14504

Dear Counsel,

The Court issued the enclosed Order today in this case.

                                                                 Sincerely yours,

                                                                 s/Michelle M. Davis
                                                                 Case Manager
                                                                 Direct Dial No. 513-564-7025

cc: Mr. David J. Weaver

Enclosure