# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 12, 2017

Mr. Andrew James Brege
Johnson, Rosati, Schultz & Joppich
822 Centennial Way
Suite 270
Lansing, MI 48917

Mr. Mark Granzotto
Law Office
2684 Eleven Mile Road
Suite 100
Berkley, MI 48072

Mr. Jules B. Olsman
Olsman MacKenzie & Wallace
2684 W. Eleven Mile Road
Berkley, MI 48072

Ms. Marcelyn A. Stepanski
Johnson, Rosati, Schultz & Joppich
27555 Executive Drive
Suite 250
Farmington Hills, MI 48331-3550

Mr. Randy Joseph Wallace
Olsman MacKenzie & Wallace
2684 W. Eleven Mile Road
Berkley, MI 48072

Re: Case No. 17-1408, *Sharyl Marden v. County of Midland, et al*
    Originating Case No. : 1:15-cv-14504

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                          Sincerely yours,

                          s/Connie A. Weiskittel
                          Mediation Administrator

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 17-1408

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**


SHARYL MARDEN

      Plaintiff - Appellant

v.

COUNTY OF MIDLAND; JEFFERY DEROCHER; BRIAN KEIDEL; RICHARD SPEICH; JOSHUA MICHAEL SAYLOR; RICHARD HARNOIS; BRYAN KRYZANOWICZ

      Defendants - Appellees


   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                         **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 12, 2017